UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Jay Connor,<br><br>      PLAINTIFF,<br><br>vs.<br><br>United Life Services, LLC, Securus Direct Life, LLC, and The Baltimore Life Insurance Company,<br><br>      DEFENDANTS. | C/A NO: 2:19-cv-01431-DCN-MGB |

## NOTICE OF SETTLEMENT AND REQUEST TO ENTER RUBIN ORDER

Plaintiff Jay Connor ("Plaintiff") and the above-named Defendants have agreed to settle the above entitled action. Plaintiff requests that the Court enter a *Rubin Order* to allow time to consummate the agreement. The parties will reinstate the action within sixty (60) days if the settlement is not consummated.

              Respectfully submitted,

              /s/John B. Kelchner
              John B. Kelchner (Fed. Bar No. 6987)
              HUTCHENS LAW FIRM
              P.O. Box 8237 (29202)
              240 Stoneridge Dr., Suite 400
              Columbia, SC 29210
              (803) 726-2700
              john.kelchner@hutchenslawfirm.com
              *Attorney for Defendant The Baltimore Life Insurance Company*

1

Consented to by:

*see consent attached*
Mr. Jay Connor
215 East Bay Street 201 F
Charleston, SC 29401
*Pro Se Plaintiff*


/s/Dean A. Hayes
Dean A. Hayes (Fed. Bar No. 5917)
McCabe Trotter and Beverly
P.O. Box 212069 (29221)
4500 Fort Jackson Boulevard, Suite 250
Columbia, SC 29209
(803) 724-5000
Dean.hayes@mccabetrotter.com
*Attorney for Defendants United Life Services, LLC and Securus Direct Life, LLC*

June 28, 2019
Columbia, South Carolina

2

| | |
|---|---|
| **From:** | jayc650 |
| **To:** | Kearns, John Michael |
| **Cc:** | Wagner, Aaron |
| **Subject:** | Re: Conner stipulation |
| **Date:** | Friday, June 28, 2019 12:07:58 PM |

I consent.

Thanks.

Sent from iPhone 6

On Jun 28, 2019, at 12:02 PM, Kearns, John Michael <john.kearns@lockelord.com> wrote:

> Mr. Connor, will you please email me your consent to file the attached?
>
> Thank you.
>
> -John Michael
>
> John Michael Kearns
> Counsel | Locke Lord LLP
> 404.870.4615
> john.kearns@lockelord.com
>
> 
>
> _____
>
> Atlanta | Austin | Boston | Chicago | Cincinnati | Dallas | Hartford | Hong Kong | Houston | London | Los Angeles | Miami | New Orleans | New York | Princeton | Providence | San Francisco | Stamford | Washington DC | West Palm Beach
>
> For more information visit www.lockelord.com
>
> CONFIDENTIALITY NOTICE:
> This e-mail and any attached files from Locke Lord LLP may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you received this e-mail by accident, please notify the sender immediately and destroy this e-mail and all copies of it. We may scan and or monitor emails sent to and from our servers to ensure regulatory compliance to protect our clients and business.
>
> <BL_Connor - Notice of Settlement DRAFT-c.DOC>