**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| Jay Connor, | ) | C/A No.: 2:19-cv-1431 DCN MGB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | **ORDER OF DISMISSAL** |
| | ) | |
| United Life Services, LLC, Securus Direct | ) | |
| Life, LLC, and The Baltimore Life | ) | |
| Insurance Company, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The court having been advised by counsel for the parties that the above action has been settled,

**IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice.

If settlement is not consummated within sixty (60) days, either party may petition the Court to reopen

this action and restore it to the calendar. Rule 60(b)(6), F.R.Civ.P. In the alternative, to the extent

permitted by law, either party may within sixty (60) days petition the Court to enforce the settlement.

Fairfax Countywide Citizens v. Fairfax County, 571 F.2d 1299 (4th Cir. 1978).

**AND IT IS SO ORDERED.**

David C. Norton
United States District Judge

June 28, 2019
Charleston, South Carolina